new trial in an action to recover damages resulting from defendant's alleged false representations.

*Alexander Thain, Otto G. Foelker* and *Joseph J. Speth* for appellant.

*Louis Lowenstein* and *Francis W. Russell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

WILMOT L. MOREHOUSE, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant, Impleaded with Another.

*Morehouse* v. *Brooklyn Heights R. R. Co.,* 123 App. Div. 680, affirmed.
(Argued March 24, 1909; decided April 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enforce an attorney's lien.

*Charles L. Woody* and *George D. Yeomans* for appellant.

*Wilmot L. Morehouse,* respondent, in person.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

ALBERT N. RIDGELY, Respondent, *v.* OSCAR B. BERGSTRÖM et al., Comprising the Firm of BERGSTROM AND COMPANY, Appellants.

*Ridgely* v. *Bergstrom,* 124 App. Div. 909, affirmed.
(Argued March 24, 1909, decided April 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

January 13, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Oscar B. Bergström* for appellants.

*I. R. Oeland* and *Vine H. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

CHARLES G. CONN, Appellant, *v.* WILLIAM P. CHAMBERS, Respondent.

*Conn* v. *Chambers*, 123 App. Div. 298, affirmed.
(Argued March 24, 1909; decided April 9, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1908, which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial and granted a new trial in an action for conversion.

*Henry J. McCormick* for appellant.

*Nelson L. Keach* and *Louis Steckler* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

BELLA LAPPERT, Respondent, *v.* CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY, Appellant.

*Lappert* v. *Consolidated Tel. & El. Subway Co.*, 123 App. Div. 925, affirmed.
(Argued March 24, 1909; decided April 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered